# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| In re                                   | Case No.    |
|-----------------------------------------|-------------|
| BEAR VALLEY FAMILY LIMITED PARTNERSHIP  | Chapter 11  |
| Debtor                                  |             |

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned GARY KANTER, the Managing Member of VV Bear Valley, LLC, who is the General Partner ("KANTER") of BEAR VALLEY FAMILY LIMITED PARTNERSHIP ("BVFLP"). On June 1, 2011 the following resolution was fully adopted by the General Partners.

"WHEREAS, it is in the best interests of BVFLP to file a voluntary petition in the United States Bankruptcy Court pursuant to the Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that KANTER, Managing Member of the General Partner of BVFLP be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that KANTER, Managing Member of the General Partner, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the limited partnership, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the BVFLP in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that KANTER, as Managing Member of the General Partner be and hereby is, authorized and directed to employ Christopher P. Walker, Attorney and the law firm of Law Office of Christopher P. Walker, P.C., to represent BVFLP in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ONBEHALF OF A CORPORATION

I, GARY KANTER, Managing Member of VV Bear Valley, LLC, the General Partner of the BEAR VALLEY FAMILY LIMITED PARTNERSHIP. named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and its is true and correct to the best of my knowledge, information, and belief..

Dated: June 1, 2011

By: _____
Gary Kanter, VV Bear Valley, LLC
Its: General Partner