| Party Name, Address and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| Christopher P. Walker<br>505 S. Villa Real, Suite 116<br>Anaheim Hills, CA 92807<br>714-639-1990 Fax:714-637-1636<br>CA State Bar Number: 174533 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER 11 |
|---|---|
| Bear Valley Family Limited Partnership | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR PARTNERSHIPS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:
   2651 Irvine Avenue, Ste. 141, Costa Mesa, CA 92627

2. Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:
   2651 Irvine Avenue, Ste. 141, Costa Mesa, CA 92627

3. Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):
   2651 Irvine Avenue, Ste. 141, Costa Mesa, CA 92627

4. Disclose the current business address(es) where the Debtor's books and records are located:
   2651 Irvine Avenue, Ste. 141, Costa Mesa, CA 92627

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   Victorville CA

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
   None

7. State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:
   Gary Kanter, Managaing member or VV Bear Valley, LLC who is Debtor's General Partner

8. Total number of attached pages of supporting documentation: ___

Venue Disclosure Form for Partnerships Filing Chapter 11 - Page 2     **VEN-P**

| In re | CHAPTER 11 |
|---|---|
| Bear Valley Family Limited Partnership      Debtor. | CASE NUMBER |

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ___June 1, 2011___, at _____, California.

Gary Kanter
*Type Name of General Partner*

/s/ Gary Kanter
*Signature of Declarant*

Managing Member of VV Bear Valley, LLC, General Partner of Debtor
*Title of Declarant (if any)*